LERSNER, Respondent, v. MILLER et al., Appellants.

(Common Pleas of New York City and County, General Term. May 2, 1893.)

Appeal from eleventh district court.
Action by Howard G. Lersner against Frank Miller and another.
Argued before BOOKSTAVER, BISCHOFF, and PRYOR, JJ.
E. F. Stern, for appellants.
L. P. Mingey, for respondent.
No opinion. Judgment reversed, new trial ordered, with costs to abide the event.

JUNG, Appellant, v. KEUFFEL et al., Respondents.

(Common Pleas of New York City and County, General Term. May 3, 1893.)

Appeal from trial term.
Action by Emil Jung against William Keuffel and another.
Argued before DALY, C. J., and BISCHOFF and PRYOR, JJ.
Leopold Leo, for appellant.
Smith, Bowman & Close, for respondents.
No opinion. Judgment and order affirmed, with costs.

KOCHLER, Appellant, v. GORMAN, Sheriff, Respondent.

(Common Pleas of New York City and County, General Term. May 3, 1893.)

Appeal from city court, general term.
Action by David M. Kochler against John J. Gorman, as sheriff, etc.
Argued before BOOKSTAVER, BISCHOFF, and PRYOR, JJ.
C. Goldzier, for appellant.
Wm. E. Stilling, for respondent.
No opinion. Judgment reversed, new trial ordered, with costs to appellant to abide the event.

WEISS, Appellant, v. BLOCH et al., Respondents.

(Common Pleas of New York City and County, General Term. May 3, 1893.)

Appeal from city court.
Action by Max E. Weiss against Morris Bloch and another.
Argued before BOOKSTAVER, BISCHOFF, and PRYOR, JJ.
J. N. A. Vosburgh, for appellant.
Goldfogle & Cohn, for respondents.
No opinion. Judgment reversed, new trial ordered, with costs to prevailing party to abide the event. See 21 N. Y. Supp. 1077.

KATZ et al., Appellants, v. ATFIELD, Respondent.

(Common Pleas of New York City and County, General Term. May 5, 1893.)

Appeal from city court, general term.
Action by Bernard Katz and another against Catharine Atfield, administratrix, etc.
Argued before BOOKSTAVER, BISCHOFF, and PRYOR, JJ.
H. Daily, Jr., for appellants.
John McGinn, for respondent.
No opinion. Appeal dismissed, with costs. See 20 N. Y. Supp. 892.